**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01018-CR

**STEPHEN COLEMAN SHOCKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82727-09**

## ORDER

Appellant's July 16, 2013 motion to extend the time to file appellant's brief is **GRANTED** to the extent the time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE